BEFORE THE SECOND DIVISION, OCTOBER 26, 1938

**No. 39707.**—Protest 381476–G of Saks & Co. (New York.)

Opinion by TILSON, J.   Cotton tapestry bags similar to those involved in Abstract 29117 were held dutiable at 40 percent under paragraph 921 as claimed.

**No. 39708.**—Protests 441596–G, etc., of Calvaire, Inc., et al. (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of knit wool outerwear similar to that involved in Abstract 36548.   The claim at 45 cents per pound and 50 percent ad valorem under paragraph 1114 was therefore sustained.

**No. 39709.**—Protest 441593–G of Calvaire, Inc. (New York).

Opinion by TILSON, J.   It was stipulated that the merchandise consists of knit wool outerwear similar to that involved in Abstract 36548.   The claim under paragraph 1114 was therefore sustained.

**No. 39710.**—Protests 517283–G, etc., of Rolland Frères, Inc. (New York).

Opinion by TILSON, J.   From the record it was found that the merchandise consists of articles in chief value of cellulose filaments similar to those involved in Abstract 37230.   The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39711.**—Protests 355062–G, etc., of Charles Bloom, Inc., et al. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel merchandise in chief value of cellulose filaments similar to those passed upon in Abstract 37230 were held dutiable at 60 percent under paragraph 31.   Filet lace articles similar to those involved in *United States* v. *Jabara* (22 C. C. P. A. 77, T. D. 47065) and embroidered articles like those the subject of *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at 75 percent under paragraph 1430 as claimed.

BEFORE THE SECOND DIVISION, OCTOBER 27, 1938

**No. 39712.**—Protests 583846–G, etc., of Ad. Schwob, Inc., et al. (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.